John R. Dacey #004962
Rachel R. Weiss #016080
**GAMMAGE & BURNHAM**
A PROFESSIONAL LIMITED LIABILITY COMPANY
ATTORNEYS AT LAW
TWO NORTH CENTRAL AVENUE
15TH FLOOR
PHOENIX, AZ 85004
TELEPHONE (602) 256-0566
RWEISS@GBLAW.COM

Attorneys for Defendant O.H.M.N.I., Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Marcus Ross, an unmarried man; Carlton B. White, an unmarried man,<br><br>Plaintiffs,<br><br>vs.<br><br>O.H.M.N.I. Incorporated, an Arizona corporation duly licensed to do business in the State of Arizona; John Does 1-5; Jane Does 1-5; and ABC Corporations 1-5,<br><br>Defendants. | NO. 2:10-cv-001073<br><br>**NOTICE OF SETTLEMENT**<br><br>(Assigned to the Honorable Susan R. Bolton) |

Defendant, OHMNI, Inc., hereby informs the Court that the parties to this action are in the process of finalizing a settlement agreement that would resolve all of Plaintiffs' claims. Therefore, the parties believe that at this time, the Pretrial Scheduling Conference set for October 28, 2010 at 4:00 p.m. is not necessary. The parties will file a stipulation to dismiss this action once the agreement is fully executed.

/ / /

/ / /

DATED this 19th day of October, 2010.

            GAMMAGE & BURNHAM P.L.C.


            By s/ Rachel R. Weiss
              Rachel R. Weiss
              John R. Dacey
              Two North Central Avenue, 15th Floor
              Phoenix, Arizona  85004
              Attorneys for Defendant O.H.M.N.I., Inc.


## **CERTIFICATE OF SERVICE**

I hereby certify that on October 19, 2010, I electronically transmitted the attached document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

    Christopher J. Piekarski
    PIEKARSKI & BRELSFORD, P.C.
    2633 East Indian School Road, Suite 460
    Phoenix, AZ  85016
    Attorneys for Plaintiff


By s/ Rachel R. Weiss