1

2

3

4

5

6                        IN THE UNITED STATES DISTRICT COURT

7                           FOR THE DISTRICT OF ARIZONA

8

9    Marcus Ross, et al.                )
                                         )            O R D E R
10                      Plaintiff,       )
                                         )      No. CIV-10-1073-PHX-SRB
11        v.                             )
                                         )
12   O.H.M.N.I., Inc.                    )
                                         )
13                      Defendant.       )
                                         )
14   _____       )

15

16        On October 20, 2010, upon receipt of a Notice of Settlement, this Court issued an

     order that this case would be dismissed with prejudice within 30 days of the date of the order
17
     if a stipulation to dismiss was not filed prior to the dismissal date.   As of the date of this
18
     order, no stipulation to dismiss has been filed.
19
          IT IS ORDERED dismissing this case with prejudice.
20

21
          DATED this 30th day of November, 2010.
22

23

24

25        _____
                          Susan R. Bolton
26                   United States District Judge

27

28